DETERMINED IN THE

# FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

## DURING THE YEAR 1917.

---

Andrew Larsen, Plaintiff in Error, v. Adolph Basikowski (also known as A. Smith), Elizabeth Basikowski (also known as Mrs. A. Smith) and S. Singdahlsen, Defendants in Error.

Gen. No. 21,755.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. · Heard in the Branch Appellate Court at the October term, 1915. Reversed and judgment here. Opinion filed May 31, 1917.

### Statement of the Case.

Action by Andrew Larsen, plaintiff, against Adolph and Elizabeth Basikowski (also known as Mr. and Mrs. A. Smith) and S. Singdahlsen, defendants, to recover $296.22 for materials furnished and labor performed in constructing improvements on real estate. To reverse a judgment in his favor for $100, plaintiff prosecutes this writ of error.

EARL C. HALES, for plaintiff in error.

No appearance for defendants in error.

(1)

Eldred v. Colvin, 206 Ill. App. 2.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. MECHANICS' LIENS, § 89*—*when owners failing to secure verified statement from original contractor are liable to subcontractor.* The owners of premises who make payments to the original contractor without securing from him the verified statement of the parties furnishing labor and materials provided for in section 5 of the Mechanics' Liens Act (J. & A. ¶ 7143) are not relieved from liability to a subcontractor, even though the payments were made before the latter served them with the notice provided for in section 24 of the Act (J. & A. ¶ 7162).

2. MECHANICS' LIENS, § 70*—*what is effect of giving of notice to owner by subcontractor.* A subcontractor who has complied with the requirements of section 24 of the Mechanics' Liens Act (J. & A. ¶ 7162), as to notice to the owner, is entitled to recover for the materials furnished and labor performed with interest at five per cent. per annum from the day his work was completed.